## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

MELCHIZEDEK SHABAZZ,
a/k/a Dwight Mitchell
ADC #84212                                                                                    PLAINTIFF

V.                                       2:08CV00110 BSM/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction, et al.                                        DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.      Plaintiff's Application to Proceed *In Forma Pauperis* (docket entry #1) is DENIED.

2.      This § 1983 action is DISMISSED, WITHOUT PREJUDICE, pursuant to the three strikes rule set forth in 28 U.S.C. § 1915(g).

3.      If Plaintiff wishes to continue with this case, he must, **within thirty days of the entry of this Order**: (a) pay the statutory filing fee of $350, in full, noting the above case style and number; and (b) file a Motion to Reopen the case.

4.      The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 14th day of July, 2008.

                                                                        /s/ Brian S. Miller
                                                                        UNITED STATES DISTRICT JUDGE