**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

MELCHIZEDEK SHABAZZ,
a/k/a Dwight Mitchell
ADC #84212                                                                                                  PLAINTIFF

V.                                            2:08CV00110 BSM/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction, et al.                                                    DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, and Judgment is entered in favor of Defendants on all claims set forth herein. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 14th day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE